UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
JOSEPH VOLFMAN,                                                 :
                                                                :
                                    Plaintiff,                  :
                                                                :       23-CV-7694 (VSB)
                    -against-                                   :
                                                                :              **ORDER**
DOMODOMO LLC and HOUSTON GARDENS                                :
LLC,                                                            :
                                                                :
                                    Defendants.                 :
                                                                :
---------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        Plaintiff filed this action against Defendants Domodomo LLC ("Domodomo") and Houston Gardens LLC ("Houston Gardens") on August 30, 2023. (Doc. 1.) On December 7, 2023, Plaintiff filed an affidavit of service for Domodomo, demonstrating that service was completed on September 14, 2023. (Doc. 9.) On December 13, 2023, Plaintiff filed a form indicating that Houston Gardens waived service on December 5, 2023. (Doc. 12). Based on the foregoing, the deadlines for Domodomo and Houston Gardens to respond to the Complaint were October 5, 2023 and February 5, 2024, respectively. To date, neither Defendant has responded to the Complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 13, 2024. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     February 6, 2024
           New York, New York

                                                    VERNON S. BRODERICK
                                                    United States District Judge